# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE ROBERT E. BLACKBURN

Criminal Action No. 10-cr-00397-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL BROWER,

    Defendant.

## ORDER EXONERATING BOND

    This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

    **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

    **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    Dated February 7, 2013, at Denver, Colorado.

                                                            **BY THE COURT:**

                                                            */s/ Bob Blackburn*
                                                            Robert E. Blackburn
                                                            United States District Judge